**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                            Case No. 05-cr-201-01-PB

<u>Jesus Diaz-Luna</u>
<u>aka Jose Gonzalez-Luna</u>


**O R D E R**

The defendant has moved to continue the December 6, 2005 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize a plea agreement or properly prepare for trial, the court will continue the trial from December 6, 2005 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 22, 2005 final pretrial conference is continued until January 30, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 21, 2005

cc:  Jonathan Saxe, Esq.
     Mark Zuckerman, AUSA
     United States Probation
     United States Marshal